UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MEGAN G.,

        Plaintiff,

        -v-        5:23-CV-298

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

HILLER COMERFORD        JUSTIN M. GOLDSTEIN, ESQ.
  INJURY & DISABILITY LAW
Attorneys for Plaintiff
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226

SOCIAL SECURITY        GEOFFREY M. PETERS, ESQ.
  ADMINISTRATION        Special Ass't U.S. Attorney
Attorneys for Defendant
6401 Security Boulevard
Baltimore, MD 21235

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On March 3, 2023, plaintiff Megan G.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying her application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under the Social Security Act (the "Act"). Dkt. No. 1. Plaintiff did not consent to the direct exercise of Magistrate Judge jurisdiction. *See* Dkt. No. 4. So the case was referred to U.S. Magistrate Judge Thérèse Wiley Dancks for the issuance of a Report & Recommendation ("R&R"). Dkt. No. 5.

Thereafter, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 7, and the parties briefed the matter in accordance with General Order 18, which provides that a district court appeal taken from the Commissioner's administrative denial of benefits is treated as if the parties have filed cross-motions for judgment on the pleadings, Dkt. Nos. 8, 9, 10.

On August 19, 2024, Judge Dancks advised by R&R that plaintiff's motion should be denied, the Commissioner's motion be granted, the Commissioner's final decision be affirmed, and that plaintiff's complaint be dismissed. Dkt.

---

[1] In accordance with a May 1, 2018 memorandum issued by the Judicial Conference's Committee on Court Administration and Case Management and adopted as local practice in this District, only the first name and last initial of plaintiff will be mentioned in this opinion.

No. 11. Neither party has lodged objections, and the time period in which to do so has expired. *See id.*

Upon review for clear error, Judge Dancks's R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 11) is ACCEPTED;

2. Plaintiff's motion is DENIED;

3. The Commissioner's motion is GRANTED;

4. The Commissioner's final decision is AFFIRMED; and

5. Plaintiff's complaint is DISMISSED.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

IT IS SO ORDERED.

Dated: September 6, 2024
       Utica, New York.

David N. Hurd
U.S. District Judge